# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Barry Zekelman and Stephanie Zekelman, *Plaintiff* <br> v. <br> Hudson Furniture Inc., and Barlas Baylar *Defendant* | Case No. 16-cv-09859 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Hudson Furniture, Inc. and Barlas Baylar.

Date: 01/06/2017

/s/Neil Friedman
*Attorney's signature*

Neil B. Friedman
*Printed name and bar number*

Hodgson Russ LLP
1540 Broadway, 24th Fl
New York, NY 10036
*Address*

nfriedma@hodgsonruss.com
*E-mail address*

(646) 218-7605
*Telephone number*

(646) 218-7665
*FAX number*