IN THE UNITED STATES DISTRICT COURT
OF THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARRY ZEKELMAN and STEPHANIE ZEKELMAN,<br><br>Plaintiffs,<br><br>V.<br><br>HUDSON FURNITURE INC. and BARLAS BAYLAR,<br><br>Defendants. | CASE NO.: 16-CV-09859<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(I) |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Proceedure, the plaintiffs BARRY ZEKELMAN and STEPHANIE ZEKELMAN, hereby give notice that the above-captioned action is voluntarily dismissed, WITH prejudice, against the defendants HUDSON FURNITURE INC. and BARLAS BAYLAR.

Dated: New York, New York
February 24, 2017

**BAKER & HOSTETLER LLP**

By: /s/ Jessie M. Gabriel
    Jessie M. Gabriel
    45 Rockefeller Plaza
    New York, New York 10111
    Telephone: (212) 589-4200
    Facsimile: (212) 589-4201

    Counsel for Plaintiffs Barry Zekelman and Stephanie Zekelman